## THE COUNTY DEPOSITORIES ACT.

[Circuit Court of Summit County.]

THE STATE OF OHIO, EX REL ALEXANDER, v. L. H. OVIATT ET AL.*

Decided, October, 1906.

*Situs of Corporations—Where Banks Having Branches in Different Counties are "Situated"—Constitutionality of the County Depositories Act—Mandamus—Injunction.*

The county depository act is constitutional, and under its provisions only banks which have their situs in the county are eligible as bidders for the public funds of that county.

MARVIN, J.; WINCH, J., and HENRY, J., concur.

Appeal from the Court of Common Pleas of Summit County.

We have examined this case with care, and have read the opinion of Judge Wanamaker of the court of common pleas when the case was tried before him. We do not think we can improve upon that opinion, and we reach the conclusion reached by him. The same order will be made here as was made in the court below.

This disposes of the proceeding in mandamus brought against the county commissioners and treasurer. We think it is clear that the statute under which bids were received for the public moneys, confines the bidders to those banking corporations which have their *situs* in the county, and that the Cleveland Trust Company is situate, not in this county, though it has a bank here, but the corporation is located elsewhere.

Upon the opinion announced by Judge Wanamaker in the court of common pleas we pronounce the judgment that the injunction prayed for in the suit by Alexander be allowed, and the mandamus brought by the trust company be dismissed.

*Slabaugh & Seiberling,* for plaintiff.

*H. M. Hagelbarger,* for defendants.

*Affirming, *State, ex rel Alvin D. Alexander,* v. *L. H. Oviatt et al,* 4 N. P.—N. S., 481.